IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL NO. 3:14-CV-1173-N-BK |
| SAMMY SUNGBUM CHANG (aka Sung Bum Chang), | § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant's *Motion for a Stay of the Final Order*, Doc. 31, and the Government's *Motion to Enforce the Court's Judgment and to Schedule a Show Cause Hearing*, Doc. 36, are DENIED.

SO ORDERED this 14th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE